IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01877-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

TARNELL JONES,

    Plaintiff,

v.

DR. KOPRIVNIKAR, and
SAN CARLOS FACILITY RULES OF TAKING MEDS,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Tarnell Jones, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at San Carlos Correctional Facility in Pueblo, Colorado. Plaintiff, acting *pro se*, initiated this action by filing a Prisoner Complaint and a Prisoner's Motion and Affidavit to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims in this Court in this action. Any papers that Plaintiff files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __   Motion submitted is not the most current form
(2)   __   is missing affidavit
(3)   _X_   the Motion does not include a signature by an authorized prison official to certify account statement

(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing authorization to calculate and disburse filing fee payments
(6)   __   is missing an original signature by the prisoner
(7)   __   other:

**Complaint, Petition or Application**:
(8)   __   is not submitted
(9)   __   is not on proper form (must use the Court's current form)
(10)   __   is missing an original signature by the prisoner
(11)   __   is missing page nos. __
(12)   __   uses et al. instead of listing all parties in caption
(13)   __   names in caption do not match names in text (Section A. Parties)
(14)   __   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days** from the date of this Order.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  Plaintiff must use the form to cure the deficiency and provide an attached account statement that pertains to the signed certificate in the Motion.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order** the Complaint and the action will be dismissed without further notice.

DATED:  July 8, 2014, at Denver, Colorado.

                                         BY THE COURT:

                                         s/Boyd N. Boland
                                         United States Magistrate Judge