IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01877-BNB

TARNELL JONES,

    Plaintiff,

v.

DR. KUPRIVNIKAR, and
SAN CARLOS FACILITY RULE OF TAKING MEDS,

    Defendants.

---

## ORDER OF DISMISSAL

---

    Plaintiff, Tarnell Jones, is in the custody of the Colorado Department of Corrections at the San Carlos Correctional Facility in Pueblo, Colorado. Plaintiff initiated this action by filing *pro se* a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In an order entered on July 8, 2014, Magistrate Judge Boyd N. Boland instructed Plaintiff to submit an account statement that is certified by an authorized prison official.

    Magistrate Judge Boland warned Plaintiff that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days. Since July 8, Plaintiff has filed two letters that are nonresponsive to the July 8 Order and generally delusional; two requests to proceed *in forma pauperis*; a request to appoint counsel; and an amended complaint. None of the filings include a certified account statement, nor are they responsive to the July 8 Order. Furthermore, Magistrate Judge Boland's order requiring Plaintiff to cure the deficiency is not so complex that Plaintiff needs an attorney to assist him. Therefore, because Plaintiff has failed to comply with the July 8

Order within the time allowed, and the action will be dismissed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure all and to prosecute properly. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  19th  day of   August       , 2014.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court